NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0452n.06

No. 10-1180

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

*Jul 06, 2011*

LEONARD GREEN, Clerk

JONATHAN STEWART,                         )
                                          )
      **Plaintiff-Appellant,**          )          **ON APPEAL** FROM THE
                                          )          UNITED STATES DISTRICT
v.                                        )          COURT FOR THE EASTERN
                                          )          DISTRICT OF MICHIGAN
                                          )
GEOSTAR CORPORATION,                      )          **O P I N I O N**
                                          )
      **Defendant-Appellee.**          )

BEFORE: NORRIS, ROGERS, and GRIFFIN, Circuit Judges.

**PER CURIAM.** Plaintiff Jonathan Stewart appeals the decision of the district court denying him attorneys fees after succeeding with litigation against defendant GeoStar Corporation.

Under the governing law of the state of Delaware, plaintiff was required to prove by clear evidence that defendant "engaged in bad faith conduct, which unnecessarily prolonged or delayed [the] litigation or knowingly asserted frivolous claims." *Nogy v. Bistricer*, 770 A.2d 43, 64-65 (Del. Ch. 2000) (internal quotations marks omitted). Because the district court was "unable to find that Defendant defended this action in bad faith, nor that any specific argument made by Defendant was made in bad faith," it denied attorneys' fees.

We review the district court's conclusion not to award an attorney fees sanction for abuse of discretion. *Fieger v. Cox*, 524 F.3d 770, 774 (6th Cir. 2008). Having reviewed the cold record in

this case, the briefs of the parties, and having entertained oral argument, we are unable to say that

the district court abused its discretion in denying plaintiff's request for attorneys' fees.

Accordingly, the judgment of the district court is **affirmed** based on the reasoning set forth

in its Order filed on November 5, 2009.